

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00427-CV

**IN THE INTEREST OF J.M.O., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01766
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    This is an accelerated appeal from the trial court's Order of Termination, which the trial court signed on May 27, 2014. *See* TEX. FAM. CODE ANN. § 263.405(a) (West 2014). Motions for new trial and other specific post-judgment motions will not extend the time to perfect an accelerated appeal. *See* TEX. R. APP. P. 28.1(b). Therefore, the notice of appeal in this case was due to be filed June 16, 2014. *See id.* § 263.405(c); TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on July 1, 2014. *See* TEX. R. APP. P. 26.3. Appellant filed a notice on appeal on June 17, 2014. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

    A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); *Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.—San Antonio 1998, no pet.) (stating same under current Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

    It is therefore ORDERED that appellant file, <u>no later than July 14, 2014</u>, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court